# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

|    | Plaintiff's Name (alphabetical by last name) | | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|----|---------|---------|---------|---------|---------|---------|---------|
| 1  | Thatcher | Timothy | New York | USA | N/A | N/A | Personal Injury |
| 2  | Thevenot | Janet H | Pennsylvania | USA | N/A | N/A | Personal Injury |
| 3  | Thom | Gayle | South Dakota | USA | N/A | N/A | Personal Injury |
| 4  | Thomas | Deborah | Misouri | USA | N/A | N/A | Personal Injury |
| 5  | Thomas | Jeff | New York | USA | N/A | N/A | Personal Injury |
| 6  | Thomas | Dorothy | Florida | USA | N/A | N/A | Personal Injury |
| 7  | Thomas | Juanita | New York | USA | N/A | N/A | Personal Injury |
| 8  | Thomas | Yvette | New York | USA | N/A | N/A | Personal Injury |
| 9  | Thomas | Colleen | New York | USA | N/A | N/A | Personal Injury |
| 10 | Thompson | Beverly | New York | USA | N/A | N/A | Personal Injury |
| 11 | Thompson | Kenneth | New York | USA | N/A | N/A | Personal Injury |
| 12 | Thompson-McKenzie | Jeanne | New York | USA | N/A | N/A | Personal Injury |
| 13 | Thornton | Marilyn | Texas | USA | N/A | N/A | Personal Injury |
| 14 | Tobia | Daniel | New Jersey | USA | N/A | N/A | Personal Injury |

| 15 | Tolbert | Nancy | New York | USA | N/A | N/A | Personal Injury |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 16 | Tolino | Joseph A. | New Jersey | USA | N/A | N/A | Personal Injury |
| 17 | Tonoyan | Natalie | New Jersey | USA | N/A | N/A | Personal Injury |
| 18 | Tornatore | Albert | Connecticut | USA | N/A | N/A | Personal Injury |
| 19 | Torres | Ivette Yolanda | New York | USA | N/A | N/A | Personal Injury |
| 20 | Toti | Elaina | New Jersey | USA | N/A | N/A | Personal Injury |
| 21 | Toussaint | Patrick | New York | USA | N/A | N/A | Personal Injury |
| 22 | Trano | George | New York | USA | N/A | N/A | Personal Injury |
| 23 | Treanor | Charles | New York | USA | N/A | N/A | Personal Injury |
| 24 | Triglianos | Steve | New York | USA | N/A | N/A | Personal Injury |
| 25 | Tronzano | Joseph | New York | USA | N/A | N/A | Personal Injury |
| 26 | Truesdale | June | New York | USA | N/A | N/A | Personal Injury |
| 27 | Trupia | Paul | New York | USA | N/A | N/A | Personal Injury |
| 28 | Truss | Benita | New York | USA | N/A | N/A | Personal Injury |
| 29 | Tsiavos | Konstantinos | New York | USA | N/A | N/A | Personal Injury |
| 30 | Tuckruskye | Matthew | New York | USA | N/A | N/A | Personal Injury |
| 31 | Tunney | Francis M | New York | USA | N/A | N/A | Personal Injury |
| 32 | Turner | Troy | New York | USA | N/A | N/A | Personal Injury |
| 33 | Turner | Shirley | New York | USA | N/A | N/A | Personal Injury |
| 34 | Turner | Jeffery | New York | USA | N/A | N/A | Personal Injury |
| 35 | Turpin-Spratley | Belinda | New York | USA | N/A | N/A | Personal Injury |
| 36 | Tutunik | Lana | New York | USA | N/A | N/A | Personal Injury |
| 37 | Tzortatos | Angelo | New York | USA | N/A | N/A | Personal Injury |
| 38 | Uddin | Salina | New York | USA | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 39 | Ulmschneider | David | Florida | USA | N/A | N/A | Personal Injury |
| 40 | Urena | Jose | Pennsylvania | USA | N/A | N/A | Personal Injury |
| 41 | Urena | Edwin | New Jersey | USA | N/A | N/A | Personal Injury |
| 42 | Usoroh | Aniedi | New York | USA | N/A | N/A | Personal Injury |
| 43 | Vaccarella | Joseph | Connecticut | USA | N/A | N/A | Personal Injury |
| 44 | Vahedi | Mohsen | Pennsylvania | USA | N/A | N/A | Personal Injury |
| 45 | Valade | Brian L | New York | USA | N/A | N/A | Personal Injury |
| 46 | Valentin | Rosa | New York | USA | N/A | N/A | Personal Injury |
| 47 | Valenzuela | Praxedis | Oklahoma | USA | N/A | N/A | Personal Injury |
| 48 | Vantassel | Mark | New Jersey | USA | N/A | N/A | Personal Injury |
| 49 | Vasquez | David | California | USA | N/A | N/A | Personal Injury |
| 50 | Vasquez | Henry | New York | USA | N/A | N/A | Personal Injury |
| 51 | Vassilowitch | Theodore | New Jersey | USA | N/A | N/A | Personal Injury |
| 52 | Vatter | Carol | New York | USA | N/A | N/A | Personal Injury |
| 53 | Vazquez | Alfonso | New York | USA | N/A | N/A | Personal Injury |
| 54 | Vdokakes | Vincent | New York | USA | N/A | N/A | Personal Injury |
| 55 | Velez | Rosendo | Texas | USA | N/A | N/A | Personal Injury |
| 56 | Vessia | John | Connecticut | USA | N/A | N/A | Personal Injury |
| 57 | Vidal'Victor | Ianthe | New York | USA | N/A | N/A | Personal Injury |
| 58 | Vieiro | George | New York | USA | N/A | N/A | Personal Injury |
| 59 | Vitucci | Dominick | New York | USA | N/A | N/A | Personal Injury |
| 60 | Voelker | Kym | Florida | USA | N/A | N/A | Personal Injury |
| 61 | Volovnik | Yakov | New Jersey | USA | N/A | N/A | Personal Injury |
| 62 | Voyages | Sotireos | New York | USA | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 63 | Waddell | Traddis | New York | USA | N/A | N/A | Personal Injury |
| 64 | Wagner | Michael | New Jersey | USA | N/A | N/A | Personal Injury |
| 65 | Walker | Kenneth | Maryland | USA | N/A | N/A | Personal Injury |
| 66 | Walker | Charles | New York | USA | N/A | N/A | Personal Injury |
| 67 | Wallace | Dinia | New York | USA | N/A | N/A | Personal Injury |
| 68 | Wallace | Fitz | New York | USA | N/A | N/A | Personal Injury |
| 69 | Wallin | Robert | New York | USA | N/A | N/A | Personal Injury |
| 70 | Walsh | Terrence J | New York | USA | N/A | N/A | Personal Injury |
| 71 | Wanicur | Stacey | New York | USA | N/A | N/A | Personal Injury |
| 72 | Ward | William | New Jersey | USA | N/A | N/A | Personal Injury |
| 73 | Ward | Michael | New York | USA | N/A | N/A | Personal Injury |
| 74 | Warren | Frederick | New York | USA | N/A | N/A | Personal Injury |
| 75 | Warshaw | David | New York | USA | N/A | N/A | Personal Injury |
| 76 | Washington | Isaiah | New York | USA | N/A | N/A | Personal Injury |
| 77 | Watson | Kate | New York | USA | N/A | N/A | Personal Injury |
| 78 | Webster | Camilla | Florida | USA | N/A | N/A | Personal Injury |
| 79 | Weeks | Luke | New York | USA | N/A | N/A | Personal Injury |
| 80 | Weeks | Electra | New York | USA | N/A | N/A | Personal Injury |
| 81 | Weinschelbaum | Eduardo | New Jersey | USA | N/A | N/A | Personal Injury |
| 82 | Weiss | Harry | New York | USA | N/A | N/A | Personal Injury |
| 83 | Welenc | Wlodzimierz | New York | USA | N/A | N/A | Personal Injury |
| 84 | Wellington | Malik | New York | USA | N/A | N/A | Personal Injury |
| 85 | Wells-Lynn | Debra | Florida | USA | N/A | N/A | Personal Injury |
| 86 | Wexler | Howard | New York | USA | N/A | N/A | Personal Injury |

| 87 | Whitaker | Elaine | New Jersey | USA | N/A | N/A | Personal Injury |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 88 | White | Lorraine | New York | USA | N/A | N/A | Personal Injury |
| 89 | White | Mary E. | New Jersey | USA | N/A | N/A | Personal Injury |
| 90 | White | Clayton | New York | USA | N/A | N/A | Personal Injury |
| 91 | White | Lavern | Florida | USA | N/A | N/A | Personal Injury |
| 92 | White | Earl | New York | USA | N/A | N/A | Personal Injury |
| 93 | White | Thomas | New York | USA | N/A | N/A | Personal Injury |
| 94 | Williams | Valerie | New York | USA | N/A | N/A | Personal Injury |
| 95 | Williams | Gilbert | New York | USA | N/A | N/A | Personal Injury |
| 96 | Williams | Yolanda | New York | USA | N/A | N/A | Personal Injury |
| 97 | Williams | Harry | Georgia | USA | N/A | N/A | Personal Injury |
| 98 | Williams | Jerry | Mississippi | USA | N/A | N/A | Personal Injury |
| 99 | Williams | Tawanna | New York | USA | N/A | N/A | Personal Injury |
| 100 | Williams | Michael | New York | USA | N/A | N/A | Personal Injury |